IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 1:24cr101 TBM-BWR

DANIEL GLENN SLOAT                         18 U.S.C. § 641

**The United States Attorney charges:**

From in or about November 2019, and continuing through in or about December 2023, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DANIEL GLENN SLOAT**, did willfully and knowingly embezzle, steal, and convert to his own use or the use of another, money belonging to the United States of America and a department or agency thereof, in excess of $1,000, namely, Social Security Supplemental Security Income ("SSI"), Medicare, and Medicaid benefits for a total loss amount of approximately $71,031.78.

In violation of Title 18, United States Code, Section 641.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

                                                                               for TODD W. GEE  
                                                                                    United States Attorney