IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24cr101 TBM-BWR

DANIEL GLENN SLOAT

## NOTICE OF MAXIMUM PENALTY

**Theft of Government Property**
18 U.S.C. § 641

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment