# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                          **CRIMINAL NO. 1:24-cr-101-TBM-BWR**

**DANIEL GLENN SLOAT**

## ENTRY OF APPEARANCE AS COUNSEL

NOW COMES Donald J. Rafferty, of Rafferty Law Group, PLLC, and files this Entry of Appearance as Counsel for Daniel Glenn Sloat in reference to the above matter.

RESPECTFULLY SUBMITTED this the 20th day of August, 2024.

                                           BY:    */s/ Donald J. Rafferty*
                                                                  DONALD J. RAFFERTY
                                                                  MSB#: 4599

## CERTIFICATE OF SERVICE

I, Donald J. Rafferty, do certify that I have filed a true copy of the above to Counsel for the United States, the Plaintiff.

This the 20th day of August, 2024.

                                           BY:    */s/ Donald J. Rafferty*
                                                                 DONALD J. RAFFERTY
                                                                  MSB#: 4599

Donald J. Rafferty
Rafferty Law Group, PLLC
P.O. Box 4252
Gulfport, MS 39502
228-868-5421
MSB #4599
Donald.Rafferty@Raffertylaw.org